# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO.: 24-1129
2. DATE DOCKETED: 05-13-2024
3. CASE NAME (lead parties only): State of Nebraska et al. v. Environmental Protection Agency
4. TYPE OF CASE: ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute: _____
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: U.S. Environmental Protection Agency
   b. Give agency docket or order number(s): EPA-HQ-OAR-2022-0985; 89 Fed. Reg. 29,440
   c. Give date(s) of order(s): April 22, 2024
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes ☒ No
      If so, when was it filed? ____ By whom? ____
      Has the agency acted? ☐ Yes ☐ No  If so, when? ____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      See attachment
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes ☐ No  If YES, identify case name(s), docket number(s), and court(s)
      See attachment
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes ☒ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No  If YES, provide program name and participation dates.

Signature: /s/ Eric J. Hamilton    Date: 6/13/2024
Name of Counsel for Appellant/Petitioner: Eric J. Hamilton, Solicitor General of Nebraska
Address: 2115 State Capitol Lincoln, NE 68509
E-Mail: eric.hamilton@nebraska.gov   Phone: (402) 471-2683   Fax: (402) 471-3297

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

No. 24-1129

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

───────

STATE OF NEBRASKA, STATE OF ALABAMA, STATE OF ALASKA, STATE OF ARKANSAS, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF IDAHO, STATE OF INDIANA, STATE OF IOWA, STATE OF KANSAS, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF UTAH, COMMONWEALTH OF VIRGINIA, STATE OF WEST VIRGINIA, AND STATE OF WYOMING,

*Petitioners,*

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY AND MICHAEL S. REGAN, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

───────

## ATTACHMENT TO STATE PETITIONERS' DOCKETING STATEMENT

───────

**Item 6(e) – Basis for standing**

The State of Nebraska, State of Alabama, State of Alaska, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Iowa, State of Kansas, Commonwealth of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah,

Commonwealth of Virginia, State of West Virginia, and State of Wyoming (collectively, "State Petitioners") challenge the final agency action taken by Respondents United States Environmental Protection Agency and Michael S. Regan, in his official capacity as Administrator of EPA, entitled "Greenhouse Gas Emissions Standards for Heavy-Duty Vehicles—Phase 3," 89 Fed. Reg. 29,440 (April 22, 2024) ("Final Rule").

State Petitioners have standing to challenge the Final Rule for at least five reasons:

1.  The Final Rule will increase costs to State Petitioners and reduce the availability of internal-combustion vehicles. State Petitioners own and purchase new heavy-duty vehicles regulated by the Final Rule. The Final Rule will force heavy-duty vehicle manufacturers to implement new tailpipe emissions technology—including by forcing manufacturers to produce battery-electric, hydrogen-powered, and hybrid vehicles. *See* 89 Fed. Reg. at 29,452–53. This will increase State Petitioners' costs. The cost of producing battery-electric, hydrogen-powered, and hybrid vehicles is greater than the cost of producing a comparable internal-combustion vehicle. Given the increased costs of producing the vehicles required by the Final Rule, manufacturers will increase the purchase prices of these vehicles. The Final Rule therefore injures State Petitioners by causing them to pay more to purchase new heavy-duty vehicles.

The Final Rule will also reduce the availability of internal-combustion vehicles, limiting State Petitioners' choice as consumers.

Because the Final Rule requires manufacturers to use new technology, there will be fewer internal-combustion vehicles available for State Petitioners to purchase. Where State Petitioners prefer to purchase an internal-combustion vehicle, their choices as consumers will be more limited. And "a lost opportunity to purchase vehicles of choice is sufficiently personal and concrete to satisfy Article III requirements." *Competitive Enter. Inst. v. Nat'l Highway Traffic Safety Admin.*, 901 F.2d 107, 113 (D.C. Cir. 1990); *see Ctr. for Auto Safety v. Nat'l Highway Traffic Safety Admin.*, 793 F.2d 1322, 1324 (D.C. Cir. 1986).

  2. The Final Rule will also increase road-maintenance costs for State Petitioners. Battery-electric vehicles are typically heavier than comparable internal-combustion vehicles. In general, heavier vehicles cause greater wear and tear to roads and highways than lighter vehicles do. The Final Rule will cause heavy-duty vehicles to become heavier, thus increasing the rate at which Petitioner States' roads degrade and increasing the costs that Petitioner States pay to repair the roads. Additionally, because of battery-electric trucks' increased weight, some battery-electric truck operators will reduce their payload to remain within maximum weight limits. The payload that would have been carried on that truck had it been a lighter internal-combustion truck will instead be carried on a second truck. The increase in the number of heavy-duty trucks on the road will also increase the rate at which

3

Petitioner States' roads degrade and increase the costs that Petitioner States pay to repair the roads.

3. The Final Rule will cause State Petitioners to issue more overweight-vehicle permits. Rather than decrease a truck's payload to stay within maximum weight limits, some operators of battery-electric heavy-duty vehicles will apply for overweight-vehicle permits. The Final Rule will therefore cause State Petitioners to spend more time and money to process and issue overweight-vehicle permits.

4. The Final Rule will decrease State Petitioners' fuel tax revenues. State Petitioners levy a tax on purchases of gasoline, diesel, and biofuels. The Final Rule will cause fewer vehicles powered by gasoline, diesel, and biofuels to be driven in Petitioners' States. The decrease in vehicles powered by gasoline, diesel, and biofuels caused by the Final Rule will decrease State Petitioners' fuel tax revenues. A decrease in tax revenue is a legally cognizable injury in fact. *See Wyoming v. Oklahoma*, 502 U.S. 437, 448–51 (1992).

5. Finally, the Final Rule injures State Petitioners' sovereign interests. States have traditionally regulated power production. *See Pac. Gas & Elec. Co. v. State Energy Res. Conservation & Dev. Comm'n*, 461 U.S. 190, 205–06 (1983). The Final Rule invades on that State prerogative by forcing a national transition to battery-electric heavy-duty vehicles, which will substantially increase the demand for electricity and

4

hamper State Petitioners' sovereign interest in managing their electric grids.

Each of these injuries is directly traceable to the Final Rule and would be redressed by the Court holding unlawful and setting aside the Final Rule, allowing manufacturers to continue to produce internal-combustion vehicles as they do now.

**Item 6(f) – Other cases pending in this Court or other courts**

This Court has consolidated the following cases with this case. Each challenges the same final action:

*Petersen, et al. v. EPA*, No. 24-1133

*Western States Trucking Ass'n, et al. v. EPA*, No. 24-1157

Dated: June 13, 2024

Respectfully submitted.

MICHAEL T. HILGERS
Attorney General of Nebraska

/s/ Eric J. Hamilton
ERIC J. HAMILTON
*Solicitor General*
ZACHARY B. POHLMAN
*Assistant Solicitor General*
Nebraska Department of Justice
2115 State Capitol
Lincoln, Nebraska 68509
Tel.: (402) 471-2683
Fax: (402) 471-3297
eric.hamilton@nebraska.gov
zachary.pohlman@nebraska.gov

*Counsel for State of Nebraska*

Additional counsel below

6

STEVE MARSHALL
Attorney General of Alabama

/s/ Edmund G. LaCour Jr.
EDMUND G. LACOUR JR.
*Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Tel.: (334) 242-7300
Fax: (334) 353-8400
edmund.lacour@alabamaag.gov

*Counsel for State of Alabama*

TIM GRIFFIN
Attorney General of Arkansas

/s/ Nicholas J. Bronni
NICHOLAS J. BRONNI
*Solicitor General*
DYLAN L. JACOBS
*Deputy Solicitor General*
Office of the Arkansas
Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel.: (501) 682-2007
nicholas.bronni@arkansasag.gov
dylan.jacobs@arkansasag.gov

*Counsel for State of Arkansas*

TREG R. TAYLOR
Attorney General of Alaska

/s/ Masha Kazakova
MASHA KAZAKOVA
*Assistant Attorney General*
Environmental Section
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
Tel.: (907) 269-5211
masha.kazakova@alaska.gov

*Counsel for State of Alaska*

ASHLEY MOODY
Attorney General of Florida

/s/ Henry C. Whitaker
HENRY C. WHITAKER
*Solicitor General*
JAMES H. PERCIVAL
*Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Tel.: (850) 414-3300
Fax: (850) 410-2672
henry.whitaker@myfloridalegal.com
james.percival@myfloridalegal.com

*Counsel for State of Florida*

<div style="columns:2">

CHRISTOPHER M. CARR
Attorney General of Georgia

/s/ Stephen J. Petrany
STEPHEN J. PETRANY
*Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
Tel.: (404) 458-3408
spetrany@law.ga.gov

*Counsel for State of Georgia*

THEODORE E. ROKITA
Attorney General of Indiana

/s/ James A. Barta
JAMES A. BARTA
*Solicitor General*
Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, Indiana 46204
Tel.: (317) 232-0709
james.barta@atg.in.gov

*Counsel for State of Indiana*

RAÚL R. LABRADOR
Attorney General of Idaho

/s/ Joshua N. Turner
JOSHUA N. TURNER
*Chief of Constitutional Litigation and Policy*
ALAN M. HURST
*Solicitor General*
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
Tel.: (208) 334-2400
josh.turner@ag.idaho.gov
alan.hurst@ag.idaho.gov

*Counsel for State of Idaho*

BRENNA BIRD
Attorney General of Iowa

/s/ Eric H. Wessan
ERIC H. WESSAN
*Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
Tel.: (515) 823-9117
Fax: (515) 281-4209
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*

</div>

8

| | |
|---|---|
| KRIS W. KOBACH<br>Attorney General of Kansas | RUSSELL COLEMAN<br>Attorney General of Kentucky |
| /s/ Anthony J. Powell<br>ANTHONY J. POWELL<br>*Solicitor General*<br>Office of the Kansas<br>Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612<br>Tel.: (785) 368-8539<br>Fax: (785) 296-3131<br>anthony.powell@ag.ks.gov<br><br>*Counsel for State of Kansas* | /s/ Matthew F. Kuhn<br>MATTHEW F. KUHN<br>*Solicitor General*<br>JACOB M. ABRAHAMSON<br>*Assistant Solicitor General*<br>Office of Kentucky<br>Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601<br>Tel.: (502) 696-5300<br>matt.kuhn@ky.gov<br>jacob.abrahamson@ky.gov<br><br>*Counsel for Commonwealth of Kentucky* |
| ELIZABETH B. MURRILL<br>Attorney General of Louisiana | LYNN FITCH<br>Attorney General of Mississippi |
| /s/ J. Benjamin. Aguiñaga<br>J. BENJAMIN AGUIÑAGA<br>*Solicitor General*<br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, Louisiana 70802<br>Tel.: (225) 506-3746<br>aguinagab@ag.louisiana.gov<br><br>*Counsel for State of Louisiana* | /s/ Justin L. Matheny<br>JUSTIN L. MATHENY<br>*Deputy Solicitor General*<br>Office of the Mississippi Attorney General<br>P.O. Box 220<br>Jackson, Mississippi 39205-0220<br>Tel.: (601) 359-3825<br>justin.matheny@ago.ms.gov<br><br>*Counsel for State of Mississippi* |

9

| | |
|---|---|
| ANDREW BAILEY<br>Attorney General of Missouri | AUSTIN KNUDSEN<br>Attorney General of Montana |
| /s/ Caleb Rutledge<br>CALEB RUTLEDGE<br>*Assistant Attorney General*<br>Attorney General's Office of Missouri<br>Post Office Box 899<br>Jefferson City, Missouri 65102<br>Tel.: (573) 751-0812<br>Fax: (573) 751-0774<br>caleb.rutledge@ago.mo.gov<br><br>*Counsel for State of Missouri* | /s/ Christian B. Corrigan<br>CHRISTIAN B. CORRIGAN<br>*Solicitor General*<br>PETER M. TORSTENSEN, JR.<br>*Deputy Solicitor General*<br>Montana Department of Justice<br>215 N. Sanders<br>Helena, Montana 59601<br>christian.corrigan@mt.gov<br>peter.torstensen@mt.gov<br><br>*Counsel for State of Montana* |
| GENTNER DRUMMOND<br>Attorney General of Oklahoma | ALAN WILSON<br>Attorney General of South Carolina |
| /s/ Garry M. Gaskins, II<br>GARRY M. GASKINS, II<br>*Solicitor General*<br>JENNIFER L. LEWIS<br>*Deputy Attorney General*<br>Office of the Attorney General of Oklahoma<br>313 NE Twenty-First St.<br>Oklahoma City, Oklahoma 73105<br>Tel.: (405) 521-3921<br>garry.gaskins@oag.ok.gov<br>jennifer.lewis@oag.ok.gov<br><br>*Counsel for State of Oklahoma* | /s/ Joseph D. Spate<br>JOSEPH D. SPATE<br>*Assistant Deputy Solicitor General*<br>1000 Assembly Street<br>Columbia, South Carolina 29201<br>Tel.: (803) 734-3371<br>josephspate@scag.gov<br><br>*Counsel for State of South Carolina* |

10

| | |
|---|---|
| MARTY J. JACKLEY<br>Attorney General of South Dakota | JONATHAN SKRMETTI<br>Attorney General and Reporter of Tennessee |
| /s/ Steve Blair<br>STEVE BLAIR<br>*Deputy Attorney General*<br>1302 East Highway 14, Suite 1<br>Pierre, South Dakota 57501-8501<br>Tel.: (605) 773-3215<br>atgservice@state.sd.us<br><br>*Counsel for State of South Dakota* | /s/ J. Matthew Rice<br>J. MATTHEW RICE<br>*Solicitor General*<br>WHITNEY HERMANDORFER<br>*Director of Strategic Litigation*<br>Office of the Attorney General and Reporter of Tennessee<br>P.O. Box 20207<br>Nashville, Tennessee 37202-0207<br>Tel.: (615) 532-6026<br>matt.rice@ag.tn.gov<br><br>*Counsel for State of Tennessee* |

11

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | SEAN REYES<br>Attorney General of Utah |
| BRENT WEBSTER<br>*First Assistant Attorney General*<br>JAMES LLOYD<br>*Deputy Attorney General for Civil Litigation*<br>KELLIE E. BILLINGS-RAY<br>*Chief, Environmental Protection Division*<br>/s/ Wesley S. Williams<br>WESLEY S. WILLIAMS<br>*Assistant Attorney General*<br>Office of the Attorney General of Texas<br>Environmental Protection Division<br>P.O. Box 12548, MC-066<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2012<br>Fax: (512) 320-0911<br>wesley.williams@oag.texas.gov<br><br>*Counsel for State of Texas* | /s/ Stanford Purser<br>STANFORD PURSER<br>*Solicitor General*<br>Office of the Utah Attorney General<br>160 East 300 South, Fifth Floor<br>Salt Lake City, Utah 84111<br>Tel.: (385) 382-4334<br>spurser@agutah.gov<br><br>*Counsel for State of Utah* |

| | |
|---|---|
| JASON MIYARES<br>Attorney General of Virginia | PATRICK MORRISEY<br>Attorney General of West Virginia |
| /s/ Kevin M. Gallagher<br>KEVIN M. GALLAGHER<br>*Principal Deputy Solicitor General*<br>BRENDAN T. CHESTNUT<br>*Deputy Solicitor General*<br>Virginia Attorney General's Office<br>202 North 9th Street<br>Richmond, Virginia 23219<br>Tel.: (804) 786-2071<br>kgallagher@oag.state.va.us<br>bchestnut@oag.state.va.us<br><br>*Counsel for Commonwealth of Virginia* | /s/ Michael R. Williams<br>MICHAEL R. WILLIAMS<br>*Solicitor General*<br>Office of the Attorney General of West Virginia<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, West Virginia 25301<br>Tel.: (304) 558-2021<br>michael.r.williams@wvago.gov<br><br>*Counsel for State of West Virginia* |

BRIDGET HILL
Attorney General of Wyoming

/s/ Ryan Schelhaas
RYAN SCHELHAAS
*Chief Deputy Attorney General*
Office of the Wyoming Attorney General
109 State Capitol
Cheyenne, Wyoming 82002
Tel.: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for State of Wyoming*

13

## CERTIFICATE OF SERVICE

I certify that on June 13, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

<div style="text-align: right;">

/s/ Eric J. Hamilton
ERIC J. HAMILTON

</div>