**No. 24-1129**

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

————

STATE OF NEBRASKA, STATE OF ALABAMA, STATE OF ALASKA, STATE OF ARKANSAS, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF IDAHO, STATE OF INDIANA, STATE OF IOWA, STATE OF KANSAS, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF UTAH, COMMONWEALTH OF VIRGINIA, STATE OF WEST VIRGINIA, AND STATE OF WYOMING,

*Petitioners,*

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY AND MICHAEL S. REGAN, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

*Respondents.*

————

## STATE PETITIONERS' NONBINDING STATEMENT OF ISSUES

————

In accordance with this Court's Order issued on May 14, 2024, State Petitioners submit this Nonbinding Statement of Issues concerning the final agency action taken by Respondents United States Environmental Protection Agency and Michael S. Regan, in his official capacity as Administrator of EPA, entitled "Greenhouse Gas Emissions Standards for Heavy-Duty Vehicles—Phase 3," 89 Fed. Reg. 29,440 (April 22, 2024) ("Final Rule"). State Petitioners raise the following issues:

1.     Whether the Final Rule violates the major questions doctrine.

2.     Whether the Final Rule exceeds the EPA's statutory authority under the Clean Air Act.

3.     Whether the Final Rule is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law because the EPA failed to provide a reasoned explanation for its decision or to consider an important aspect of the issue or to consider the harms and effects stemming from its decision.

4.     Whether the Final Rule is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law because the EPA relied on a flawed cost-benefit analysis.

5.     Whether the Final Rule is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law because the EPA failed to model its climate change effects.

6.     Whether the Final Rule is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law because the EPA relied on faulty calculations for the Social Cost of Greenhouse Gases.

7.     Whether the Final Rule's model year 2027 standards violate the Clean Air Act's four-year lead-time requirement.

Petitioners reserve the right to raise additional issues in briefs to be filed in this case.

Dated: June 13, 2024

Respectfully submitted.

MICHAEL T. HILGERS
Attorney General of Nebraska

/s/ Eric J. Hamilton
ERIC J. HAMILTON
*Solicitor General*
ZACHARY B. POHLMAN
*Assistant Solicitor General*
Nebraska Department of Justice
2115 State Capitol
Lincoln, Nebraska 68509
Tel.: (402) 471-2683
Fax: (402) 471-3297
eric.hamilton@nebraska.gov
zachary.pohlman@nebraska.gov

*Counsel for State of Nebraska*

Additional counsel below

STEVE MARSHALL
Attorney General of Alabama

/s/ Edmund G. LaCour Jr.
EDMUND G. LACOUR JR.
*Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Tel.: (334) 242-7300
Fax: (334) 353-8400
edmund.lacour@alabamaag.gov

*Counsel for State of Alabama*

TREG R. TAYLOR
Attorney General of Alaska

/s/ Masha Kazakova
MASHA KAZAKOVA
*Assistant Attorney General*
Environmental Section
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
Tel.: (907) 269-5211
masha.kazakova@alaska.gov

*Counsel for State of Alaska*

TIM GRIFFIN
Attorney General of Arkansas

/s/ Nicholas J. Bronni
NICHOLAS J. BRONNI
*Solicitor General*
DYLAN L. JACOBS
*Deputy Solicitor General*
Office of the Arkansas
Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel.: (501) 682-2007
nicholas.bronni@arkansasag.gov
dylan.jacobs@arkansasag.gov

*Counsel for State of Arkansas*

ASHLEY MOODY
Attorney General of Florida

/s/ Henry C. Whitaker
HENRY C. WHITAKER
*Solicitor General*
JAMES H. PERCIVAL
*Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Tel.: (850) 414-3300
Fax: (850) 410-2672
henry.whitaker@myfloridalegal.com
james.percival@myfloridalegal.com

*Counsel for State of Florida*

4

CHRISTOPHER M. CARR
Attorney General of Georgia


/s/ Stephen J. Petrany
STEPHEN J. PETRANY
*Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
Tel.: (404) 458-3408
spetrany@law.ga.gov


*Counsel for State of Georgia*


RAÚL R. LABRADOR
Attorney General of Idaho


/s/ Joshua N. Turner
JOSHUA N. TURNER
*Chief of Constitutional Litigation
and Policy*
ALAN M. HURST
*Solicitor General*
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
Tel.: (208) 334-2400
josh.turner@ag.idaho.gov
alan.hurst@ag.idaho.gov


*Counsel for State of Idaho*


THEODORE E. ROKITA
Attorney General of Indiana


/s/ James A. Barta
JAMES A. BARTA
*Solicitor General*
Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, Indiana 46204
Tel.: (317) 232-0709
james.barta@atg.in.gov


*Counsel for State of Indiana*


BRENNA BIRD
Attorney General of Iowa


/s/ Eric H. Wessan
ERIC H. WESSAN
*Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
Tel.: (515) 823-9117
Fax: (515) 281-4209
eric.wessan@ag.iowa.gov


*Counsel for State of Iowa*

KRIS W. KOBACH
Attorney General of Kansas

/s/ Anthony J. Powell
ANTHONY J. POWELL
*Solicitor General*
Office of the Kansas
Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Tel.: (785) 368-8539
Fax: (785) 296-3131
anthony.powell@ag.ks.gov

*Counsel for State of Kansas*

ELIZABETH B. MURRILL
Attorney General of Louisiana

/s/ J. Benjamin. Aguiñaga
J. BENJAMIN AGUIÑAGA
*Solicitor General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70802
Tel.: (225) 506-3746
aguinagab@ag.louisiana.gov

*Counsel for State of Louisiana*

RUSSELL COLEMAN
Attorney General of Kentucky

/s/ Matthew F. Kuhn
MATTHEW F. KUHN
*Solicitor General*
JACOB M. ABRAHAMSON
*Assistant Solicitor General*
Office of Kentucky
Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Tel.: (502) 696-5300
matt.kuhn@ky.gov
jacob.abrahamson@ky.gov

*Counsel for Commonwealth
of Kentucky*

LYNN FITCH
Attorney General of Mississippi

/s/ Justin L. Matheny
JUSTIN L. MATHENY
*Deputy Solicitor General*
Office of the Mississippi Attorney
General
P.O. Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-3825
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*

6

ANDREW BAILEY
Attorney General of Missouri

/s/ Caleb Rutledge
CALEB RUTLEDGE
*Assistant Attorney General*
Attorney General's Office of
Missouri
Post Office Box 899
Jefferson City, Missouri 65102
Tel.: (573) 751-0812
Fax: (573) 751-0774
caleb.rutledge@ago.mo.gov

*Counsel for State of Missouri*

GENTNER DRUMMOND
Attorney General of Oklahoma

/s/ Garry M. Gaskins, II
GARRY M. GASKINS, II
*Solicitor General*
JENNIFER L. LEWIS
*Deputy Attorney General*
Office of the Attorney General
of Oklahoma
313 NE Twenty-First St.
Oklahoma City, Oklahoma 73105
Tel.: (405) 521-3921
garry.gaskins@oag.ok.gov
jennifer.lewis@oag.ok.gov

*Counsel for State of Oklahoma*

AUSTIN KNUDSEN
Attorney General of Montana

/s/ Christian B. Corrigan
CHRISTIAN B. CORRIGAN
*Solicitor General*
PETER M. TORSTENSEN, JR.
*Deputy Solicitor General*
Montana Department of Justice
215 N. Sanders
Helena, Montana 59601
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Counsel for State of Montana*

ALAN WILSON
Attorney General of South Carolina

/s/ Joseph D. Spate
JOSEPH D. SPATE
*Assistant Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
Tel.: (803) 734-3371
josephspate@scag.gov

*Counsel for State of South Carolina*

MARTY J. JACKLEY
Attorney General of South Dakota

/s/ Steve Blair
STEVE BLAIR
*Deputy Attorney General*
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
Tel.: (605) 773-3215
atgservice@state.sd.us

*Counsel for State of South Dakota*

JONATHAN SKRMETTI
Attorney General and Reporter
of Tennessee

/s/ J. Matthew Rice
J. MATTHEW RICE
*Solicitor General*
WHITNEY HERMANDORFER
*Director of Strategic Litigation*
Office of the Attorney General and
Reporter of Tennessee
P.O. Box 20207
Nashville, Tennessee 37202-0207
Tel.: (615) 532-6026
matt.rice@ag.tn.gov

*Counsel for State of Tennessee*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
*First Assistant Attorney General*
JAMES LLOYD
*Deputy Attorney General for Civil Litigation*
KELLIE E. BILLINGS-RAY
*Chief, Environmental Protection Division*
/s/ Wesley S. Williams
WESLEY S. WILLIAMS
*Assistant Attorney General*
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel.: (512) 463-2012
Fax: (512) 320-0911
wesley.williams@oag.texas.gov

*Counsel for State of Texas*

SEAN REYES
Attorney General of Utah

/s/ Stanford Purser
STANFORD PURSER
*Solicitor General*
Office of the Utah Attorney General
160 East 300 South, Fifth Floor
Salt Lake City, Utah 84111
Tel.: (385) 382-4334
spurser@agutah.gov

*Counsel for State of Utah*

JASON MIYARES
Attorney General of Virginia

/s/ Kevin M. Gallagher
KEVIN M. GALLAGHER
*Principal Deputy Solicitor General*
BRENDAN T. CHESTNUT
*Deputy Solicitor General*
Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
Tel.: (804) 786-2071
kgallagher@oag.state.va.us
bchestnut@oag.state.va.us

*Counsel for Commonwealth of Virginia*

BRIDGET HILL
Attorney General of Wyoming

/s/ Ryan Schelhaas
RYAN SCHELHAAS
*Chief Deputy Attorney General*
Office of the Wyoming Attorney General
109 State Capitol
Cheyenne, Wyoming 82002
Tel.: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for State of Wyoming*

PATRICK MORRISEY
Attorney General of West Virginia

/s/ Michael R. Williams
MICHAEL R. WILLIAMS
*Solicitor General*
Office of the Attorney General of West Virginia
State Capitol Complex
Building 1, Room E-26
Charleston, West Virginia 25301
Tel.: (304) 558-2021
michael.r.williams@wvago.gov

*Counsel for State of West Virginia*

10

## CERTIFICATE OF SERVICE

I certify that on June 13, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

/s/ Eric J. Hamilton
ERIC J. HAMILTON