# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

STATE OF NEBRASKA, et al.,
*Petitioners*,

v.

ENVIRONMENTAL PROTECTION AGENCY, et al.,
*Respondents*,

ALLIANCE OF NURSES FOR HEALTHY ENVIRONMENTS, et al.,
*Intervenors*.

On Petition for Review from the United States Environmental Protection Agency
No. EPA-HQ-OAR-2022-0985

## UNOPPOSED MOTION OF THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA AND THE AMERICAN TRUCKING ASSOCIATIONS, INC. FOR LEAVE TO FILE BRIEF AS AMICI CURIAE

Andrew R. Varcoe
Stephanie A. Maloney
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
(202) 463-5337

Richard Pianka
ATA LITIGATION CENTER
80 M Street SE
Washington, DC 20003
(703) 838-1889

Andrew Kim
William M. Jay
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
(202) 346-4000
*andrewkim@goodwinlaw.com*

Jesse Lempel
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210

*Counsel for Amici Curiae*

October 23, 2024

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and Circuit Rule 29(b), amici curiae the Chamber of Commerce of the United States of America (Chamber) and American Trucking Associations, Inc. (ATA) respectfully request leave to file a brief in support of Petitioners. Through counsel, amici have informed counsel for the State Petitioners, Private Petitioners, Respondents, and Respondent-Intervenors State and Local Government Respondent-Intervenors, Public Interest Organization Respondent-Intervenors, the Center for Community Action and Environmental Justice, Rio Grande International Study Center, CALSTART, Ford Motor Company, and the Zero Emission Transportation Association (ZETA) of their intent to file this motion and the accompanying brief. State Petitioners, Private Petitioners, Respondents, State and Local Government Respondent-Intervenors, Public Interest Organization Respondent-Intervenors, and CALSTART consent to amici's motion. Respondent-Intervenors Center for Community Action and Environmental Justice, Rio Grande International Study Center, and ZETA do not oppose amici's motion. Respondent-Intervenor Ford Motor Company takes no position on amici's request for leave.

The Chamber is the world's largest business federation. It represents approximately 300,000 direct members and indirectly represents the interests of more than three million companies and professional organizations of every size, in every industry sector, and from every region of the country. An important function

of the Chamber is to represent the interests of its members in matters before Congress, the Executive Branch, and the courts. To that end, the Chamber often files amicus curiae briefs in cases, like this one, that raise issues of concern to the nation's business community.

The Chamber supports policies that reduce greenhouse-gas emissions as much and as quickly as reasonably possible, consistent with the pace of innovation and the feasibility of implementing large-scale technical change. *See* U.S. Chamber of Commerce, *Our Approach to Climate Change*, https://www.uschamber.com/climate-change-position. The Chamber also has a strong interest in ensuring that agencies comply with the law.

ATA is the national association of the trucking industry. ATA regularly represents the common interests of the trucking industry in courts throughout the nation, including this Court. The motor carriers represented by American Trucking Associations, directly and through its federation of affiliated state trucking associations, own and operate a significant portion of the commercial trucks in the United States. ATA and its members thus have an acute interest in this case, and in the proper construction and application of Section 202 of the Clean Air Act to the regulation of heavy-duty vehicles.

Amici's participation will assist this Court in its consideration of the consolidated petitions for review. The EPA rule on review, *Greenhouse Gas*

*Emissions Standards for Heavy Duty Vehicles—Phase 3*, 89 Fed. Reg. 29,440 (Apr. 22, 2024) ("Phase 3 Rule"), will have major implications for the trucking industry and the many businesses that rely on it. Many of amici's members operate in sectors that will be affected by the Phase 3 Rule; accordingly, amici are well-positioned to offer an informed, broad-based perspective on the Rule's technological feasibility and cost effectiveness, issues relevant to whether EPA acted arbitrarily and capriciously in issuing the Phase 3 Rule.

Consistent with D.C. Circuit Rule 29(d), counsel for amici aver that they are not aware of any other amicus that plans to file a brief supporting Petitioners in these consolidated cases.

For these reasons, this Court should grant leave for the Chamber and ATA to file the accompanying brief and direct the Clerk to accept the brief for filing.

|  |  |
|---|---|
| Dated: October 23, 2024 | Respectfully submitted,<br><br>s/ *Andrew Kim*<br>Andrew Kim<br>GOODWIN PROCTER LLP<br>1900 N Street, N.W.<br>Washington, D.C. 20036<br>(202) 346-4000<br><br>*Counsel for Amici Curiae* |

**CERTIFICATE OF COMPLIANCE**

This motion contains 556 words, excluding the parts of the motion that are exempted by Federal Rule of Appellate Procedure 32(f) and D.C. Circuit Rule 32(e)(1). The motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because the word count does not exceed the 5,200 words permitted by that rule.

The motion also complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5), and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) (and the requirements of Federal Rule of Appellate Procedure 27(d)(1)(E)) because the motion has been prepared in a proportionally spaced type-face using Microsoft Word in Times New Roman 14-point font.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on October 23, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: October 23, 2024					s/ *Andrew Kim*
Andrew Kim
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
(202) 346-4000

*Counsel for Amici Curiae*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

STATE OF NEBRASKA, et al.,
*Petitioners*,

v.

ENVIRONMENTAL PROTECTION AGENCY, et al.,
*Respondents*,

ALLIANCE OF NURSES FOR HEALTHY ENVIRONMENTS, et al.,
*Intervenors*.

On Petition for Review from the United States Environmental Protection Agency
No. EPA-HQ-OAR-2022-0985

## CORPORATE DISCLOSURE AND CERTIFICATE AS TO PARTIES AND AMICI CURIAE ADDENDUM OF THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA AND THE AMERICAN TRUCKING ASSOCIATIONS, INC. AS AMICI CURIAE

Andrew R. Varcoe
Stephanie A. Maloney
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
(202) 463-5337

Richard Pianka
ATA LITIGATION CENTER
80 M Street SE
Washington, DC 20003
(703) 838-1889

Andrew Kim
William M. Jay
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
(202) 346-4000
*andrewkim@goodwinlaw.com*

Jesse Lempel
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210

October 23, 2024

*Counsel for Amici Curiae*

# DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, amici curiae the Chamber of Commerce of the United States of America ("Chamber") and the American Trucking Associations, Inc. ("ATA") make the following disclosures:

- The Chamber of Commerce of the United States of America ("Chamber") states that it is a non-profit, tax-exempt organization incorporated in the District of Columbia. The Chamber has no parent corporation, and no publicly held company has 10% or greater ownership in the Chamber.

- American Trucking Associations, Inc., is a non-profit trade association incorporated in the District of Columbia. ATA has no parent corporation, and no publicly-held company has a 10% or greater ownership interest in it.

Dated: October 23, 2024

s/ *Andrew Kim*
Andrew Kim
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
(202) 346-4000

*Counsel for Amici Curiae*

# CERTIFICATE AS TO PARTIES AND AMICI CURIAE

Pursuant to Circuit Rules 27(a)(4) and 28(a)(1)(A), amici curiae, through their undersigned counsel, certify as follows:

Except for the following, all parties, intervenors, and amici appearing in this Court are listed in the certificate filed as part of the Brief for Private Petitioners.

The Chamber of Commerce of the United States of America and the American Trucking Associations, Inc. are submitting the attached amicus brief in support of Petitioners.

Dated: October 23, 2024

s/ *Andrew Kim*
Andrew Kim
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
(202) 346-4000

*Counsel for Amici Curiae*