| | |
|---|---|
| State of Nebraska et al.,<br><br>   Petitioners,<br><br> v.<br><br>U.S. Environmental Protection Agency and Lee Zeldin, Administrator,<br><br>   Respondents. | No. 24-1129 and consolidated cases |

**EPA's Status Report**

On May 8, 2025, the Court granted EPA's motion to hold the case in abeyance with a status report to be filed by August 6, 2025 and at 90-day intervals thereafter. Doc. No. 2114999. On November 12, 2025, the Court granted EPA's unopposed motion to extend its November 4, 2025, status-report filing deadline and ordered EPA to file the next status report within 10 days of the date that appropriations are restored. Doc. No. 2144949. In accordance with the Court's Order, EPA respectfully submits this status report to apprise the Court of EPA's reconsideration of the rule challenged here.

EPA continues to undergo notice-and-comment rulemaking to reconsider the challenged rule. On August 1, 2025, EPA's proposed rule repealing all greenhouse

gas emission standards for light-duty, medium-duty, and heavy-duty vehicles and engines was published in the *Federal Register*. 90 Fed. Reg. 36288. The comment period closed on September 15, 2025. *Id.* EPA received numerous comments and is in the process of reviewing those comments and finalizing its rulemaking.

EPA will file another status report by February 19, 2026.

Date submitted: November 21, 2025.

          Adam R.F. Gustafson
          Principal Deputy Assistant Attorney General

          */s/Jin Hyung Lee*
          Alex J. Hardee
          Jin Hyung Lee
          U.S. Department of Justice
          Environment & Natural Resources Division
          Environmental Defense Section
          P.O. Box 7611
          Washington, D.C. 20044
          jin.hyung.lee@usdoj.gov
          202-598-7264

**Certificates of Service**

I certify that on November 21, 2025, I filed the foregoing with the Court's CMS/ECF system, which will notify each represented party.

*/s/ Jin Hyung Lee*
Jin Hyung Lee
