NOT YET SCHEDULED FOR ORAL ARGUMENT

U.S. COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| State of Nebraska et al.,<br><br>  Petitioners,<br><br>  v.<br><br>U.S. Environmental Protection Agency and Lee Zeldin, Administrator,<br><br>  Respondents. | No. 24-1129 and consolidated cases |

**EPA's Status Report**

On May 8, 2025, the Court granted EPA's motion to hold the case in abeyance pending reconsideration of the rule challenged here. Doc. No. 2114996. The Court ordered EPA to file status report every 90 days to apprise the Court of EPA's reconsideration process and directed the parties to file motions to govern within 30 days of the completion of the agency's proceedings. *Id.*

Pursuant to that Order, EPA reports that on February 18, 2026, the *Federal Register* published EPA's final rule repealing all greenhouse gas emission standards for light-duty, medium-duty, and heavy-duty vehicles and engines, including the greenhouse gas emission standards promulgated under the rule

challenged here. 91 Fed. Reg. 7686. The parties will confer and file motions to govern by March 20, 2026.

Date submitted: February 19, 2026.

                                              Adam R.F. Gustafson
                                              Principal Deputy Assistant Attorney General

                                              */s/Jin Hyung Lee*
                                              Alex J. Hardee
                                              Jin Hyung Lee
                                              U.S. Department of Justice
                                              Environment & Natural Resources Division
                                              Environmental Defense Section
                                              P.O. Box 7611
                                              Washington, D.C. 20044
                                              jin.hyung.lee@usdoj.gov
                                              202-598-7264

## Certificates of Service

I certify that on February 19, 2026, I filed the foregoing with the Court's CMS/ECF system, which will notify each represented party.

*/s/ Jin Hyung Lee*
Jin Hyung Lee
