# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1129**                    **September Term, 2025**

**EPA-89FR29440**

**Filed On: March 23, 2026** [2165145]

State of Nebraska, et al.,

      Petitioners

    v.

Environmental Protection Agency and Lee
M. Zeldin, In his official capacity as
Administrator of the United States
Environmental Protection Agency,

      Respondents

------------------------------

Alliance of Nurses for Healthy
Environments, et al.,
          Intervenors
------------------------------

Consolidated with 24-1133, 24-1157,
24-1207, 24-1208, 24-1209, 24-1210,
24-1214

### O R D E R

Upon consideration of the EPA's motion to govern and to hold cases in abeyance, it is

**ORDERED** that the motion be granted, and these cases continue to be held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case within 30 days of issuance of the mandate in No. 26-1037, American Public Health Association v. EPA.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Michael C. McGrail
                Deputy Clerk