**No. 24-1133 c/w 24-1129 (and other consolidated cases)**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

WARREN PETERSEN, President of the Arizona State Senate,

STEVE MONTENEGRO, Speaker of the Arizona House of Representatives, and

ARIZONA TRUCKING ASSOCIATION,

*Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, and

MICHAEL S. REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

*Respondents*.

## NOTICE OF WITHDRAWAL OF COUNSEL

Justin D. Smith hereby notifies the Court of his withdrawal as counsel for Petitioners in this matter (and the consolidated cases). Good cause exists as Mr. Smith departed the James Otis Law Group, LLC effective June 15, 2026, and will no longer be associated with this case. Other attorneys from the same firm continue to represent Petitioners. Withdrawal of Mr. Smith as counsel will not unduly delay these proceedings or prejudice any party.

Dated: June 16, 2026

Respectfully submitted,

JAMES OTIS LAW GROUP, LLC

*/s/ Justin D. Smith*
Justin D. Smith
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
(314) 949-3018
Justin.Smith@james-otis.com

*Attorneys for Petitioners*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 16, 2026, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ Justin D. Smith*